# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-05691

Sheriff's Sale Date: _____

v.

ESTHER M. ROBB AKA ESTHER MAE ROBB; et al.
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ESTHER M. ROBB the above process on the 5 day of January, 2017, at 1:59 o'clock, PM, at 204 NORTH 6TH STREET DARBY, PA 19023, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: JAMES ROBB
Relationship/Title/Position: SON
Remarks: _____
Description: Approximate Age 36-40  Height 5'8  Weight 300  Race BLACK  Sex MALE  Hair BLACK
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of **Pa**         )
                                    ) SS:
County of **Berks**                  )

Before me, the undersigned notary public, this day, personally, appeared _____D'Wayne Henriksson_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **9** day of **JAN** 20 **17**

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

File Number: USA-158079
Case ID #: 4773176

**NOTARIAL SEAL**
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017